AO 458 (Rev. 10/95) Appearance

# United States District Court
### DISTRICT OF MASSACHUSETTS



FILED
In Open Court
USDC, Mass.
Date 3/29/05
By /s/ ___ 2:15pm
Deputy Clerk

**APPEARANCE**

CASE NUMBER: 1:05-cr-10080-NG-All

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Rob Milloux

I certify that I am admitted to practice in this court.

_3/25/05_
Date

Signature: Jeff A. Higgins

Print Name: Jeffrey A. Higgins    Bar Number: 635697

Address: 227 Chelmsford St., Suite C.

City: Chelmsford    State: MA    Zip Code: 01824

Phone Number: 978-256-4704    Fax Number: 978-250-4375

This form was electronically produced by Elite Federal Forms, Inc.