AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

ROB MAILLOUX, A/K/A OSCAR E. MAILLOUX, JR.

**WARRANT FOR ARREST**

CASE NUMBER: 05-CR-10080-NG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   ROB MAILLOUX, A/K/A OSCAR E. MAILLOUX, JR.
                                     Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him or her with (brief description of offense)

8 COUNTS OF WIRE FRAUD

in violation of Title   18   United States Code, Section(s)   1343

Theresa Catino                              Deputy Clerk
Name of Issuing Officer                     Title of Issuing Officer

Theresa Catino                              3/25/05  Boston, MA
Signature of Issuing Officer                Date and Location

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2005 MAR 25 A 8:18

Bail fixed at $ _____   by _____
                                    Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 3/29/05

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.