# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS            DOCKET NO. 1:05-cr-10080-NG

*FILED IN CLERK'S OFFICE*
*2005 APR -4 P 4: 03*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS*

|  |  |
|---|---|
| USA, | ) |
|  | ) |
| v. | ) |
|  | ) |
| ROB MAILLOUX, | ) |
|  | ) |

## MOTION FOR WITHDRAWAL OF COUNSEL

Now comes the Defendant, in the above-entitled matter, and respectfully requests this court to allow his attorney, Jeffrey A. Higgins, to withdraw.

Dated: March 30, 2005

Rob Mailloux,
by his attorney,

Jeffrey A. Higgins
BBO #635692
227 Chelmsford Street, Suite C
Chelmsford, MA  01824
978-256-4704