UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CRIMINAL NO.  05-10080-NG |
| ROB MAILLOUX, a/k/a ) | |
| Oscar E. Mailloux, Jr. ) | |
| Defendant ) | |

**ASSENTED-TO MOTION TO EXCLUDE TIME FROM
MARCH 29, 2005 THROUGH AND INCLUDING JUNE 15, 2005**

The United States of America, with the assent of the Defendant, hereby moves this Honorable Court pursuant to United States Code §3161(h)(8)(A) that the period from March 29, 2005, the date of the Defendant's Initial Appearance, through May 11, 2005, the date when the Initial Status Conference was held in this matter, up to and including June 15, 2005, the date on which a Final Status Conference is scheduled to be held, be excluded from computation under the Speedy Trial Act of the time within which this case must be tried.  As reasons therefore, the parties represent that this time has been necessary to allow the defendant to obtain discovery and complete his review of the materials made available by the government, and to determine what motions, if any, may appropriately be filed pursuant to Fed. R. Crim. P. 12(c).  Additionally, the parties need an opportunity to further discuss resolving this case short of trial.  An order permitting such exclusion may properly be entered upon finding by the Court that the ends of justice served by granting such an exclusion outweigh the best interests of the public and the

defendant in a speedy trial.

WHEREFORE, the parties respectfully request that the Court enter a written order of excludable delay covering the period from March 29, 2005 through June 15, 2005, for a total of 78 days.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN  
                                      United States Attorney

                            By:  /s/ Carmen M. Ortiz  
                                  Carmen M. Ortiz  
                                  Assistant U.S. Attorney