UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES<br><br>v.<br><br>ROB MAILLOUX | )<br>)<br>)<br>)   Cr. No. 05-10080-NG<br>)<br>)<br>)<br>)<br>) |

**MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**
(Assented to)

Now comes the defendant, Rob Mailloux, and respectfully moves this Honorable Court to modify the conditions of his pretrial release, and allow him to travel to New Hampshire with his wife to drop off her son at camp, and pick him up the following week. In support of this Motion the defendant states the following:

1. The defendant's stepson is attending Camp Wanakee United Methodist Center in Meridith, New Hampshire, for one week. Mr. Mailloux seeks permission to drive him there with his wife, Wendy, on July 10, 2005, drop him off, and return to Massachusetts by 6 pm. He also seeks permission to return to Meridith, New Hampshire the following Saturday, July 16th, 2005, to pick up their son, and return to Massachusetts by 5 pm.

Undersigned counsel has communicated with counsel for the government and with Pretrial Services, and has been informed there is no objection to the allowance of this Motion.

For the foregoing reasons, the defendant prays the Court allow this Motion.

    Respectfully Submitted,
    ROB MAILLOUX
    By his attorney

    _/s/ Michael C. Andrews__
    Michael C. Andrews
    21 Custom House Street
    Boston, Massachusetts 02110
    (617) 951-0072
    BBO# 546470