UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 NOV -4  P 1:58

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES | Cr. No. 05-10080-NG |
| ROB MAILLOUX | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Now comes the defendant, Rob Mailloux, and moves the Court for leave to file his Motion for Downward Departure and Incorporated Sentencing Memorandum, filed herewith, under seal. In support of this Motion, the defendant states that the Motion contains personal medical information, including information pertaining to medical history, diagnosis and treatment provided by his treating psychologist.

For the foregoing reasons, the defendant prays the Court allow this Motion.

Respectfully Submitted,
ROB MAILLOUX
By his attorney

Michael C. Andrews
21 Custom House Street
Boston, Massachusetts 02110
(617) 951-0072
BBO# 546470