UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES | ) ) ) ) ) ) ) ) ) ) | Cr. No. 05-10080-NG |
| ROB MAILLOUX |  |  |

**MOTION FOR RETURN OF SURETY**
**(Assented To)**

Now comes the defendant, Rob Mailloux, and respectfully moves the Court to order the Clerk of this Court return the property posted with the Court to secure the defendant's pretrial release, to wit, the house belonging to the defendant's wife, Ms. Wendy Treash, located at 135 Pitchers Way, Hyannis, Massachusetts 02601.

In support of this Motion the defendant states that Ms. Treash executed a mortgage of her home in favor of the United States to secure the defendant's pretrial release. Mr. Mailloux has been sentenced, and was ordered to self-report on December 7, 2005. Mr. Mailloux was designated to FMC Fort Devens, self-reported as required, and is now in custody.

For the foregoing reasons, the defendant prays the Court order the property be returned to Ms. Treash.

        Respectfully Submitted,
ROB MAILLOUX
By his attorney

  /s/ Michael C. Andrews
Michael C. Andrews
21 Custom House Street
Boston, Massachusetts 02110
(617) 951-0072
BBO# 546470