05CR-10080-NG

# **DISCHARGE OF MORTGAGE**

I, Sarah A. Thorton, Clerk of Court, United States District Court for the District of Massachusetts, holder of a mortgage from Wendy M. Treash to the Clerk of the United States District Court for the District of Massachusetts, for property located at 135 Pitchers Way, Hyannis, Massachusetts, 02601, dated April 15, 2005 and recorded in the Barnstable County Registry of Deeds in Book 19734, Page 213, acknowledge satisfaction of the same.

Witness my hand and seal this _13_ day of____ December, 2005.

_____
Sarah A. Thorton, Clerk
United States District Court
District of Massachusetts

### THE COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

On this _13_ day of December, 2005, before me, the undersigned notary public, personally appeared Sarah A. Thorton, proved to me through satisfactory evidence of identification, which were _PERSONALLY KNOWN_ [described photo identification], to be the person whose name is signed on the proceeding documents, and acknowledged to me that she signed it voluntarily for its stated purposes.

_____
Notary Public
My Commission expires

**DOCKETED**



DEBORAH JEANNE KEEFE
Notary Public
Commonwealth of Massachusetts
My Commission Expires
February 9, 2012