UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-10080-NG |
| ) | |
| ROB MAILLOUX, ) | |
| Defendant ) | |

### ASSENTED-TO MOTION TO SEAL

The United States of America, with the assent of the Defendant, hereby moves this Honorable Court to maintain under seal the attached letter from the Federal Bureau of Prisons ("BOP"), relating to the medical and mental health treatment of the defendant, Rob Mailloux. The letter from the BOP, dated March 8, 2006, was written in response to a complaint letter (dated February 12, 2006), submitted to this Court by the defendant's wife, Wendy Treash. The BOP letter summarizes the classification process that the defendant underwent, and the medical and mental health care that he has received from the BOP since December 7, 2005.

As grounds for this motion to seal, the government states that the attached letter from the BOP contains detailed, confidential information regarding the defendant's medical and mental health issues, and care. To prevent disclosure of confidential medical information relating to the defendant's care while in the custody of the BOP, the government requests that this Honorable Court maintain the attached document under seal.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  *Carmen M. Ortiz*
Carmen M. Ortiz
Assistant U.S. Attorney

Date: March 14, 2006

CERTIFICATE OF SERVICE

Suffolk, ss                                                                                   Boston, Massachusetts

    I, Carmen M. Ortiz, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mail on this 14th day of March 2006 to:

        Michael C. Andrews, Esq.
        21 Customs House
        Boston, MA 02110

                                        /s/ Carmen M. Ortiz
                                        Carmen M. Ortiz
                                        Assistant U.S. Attorney